UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA, individually, and on behalf of all other similarly situated consumers,<br><br>        Plaintiff,<br>vs.<br><br>SEPHORA USA, INC.,<br><br>        Defendant. | Case No.: 2:23-cv-21531<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

NOW COMES Plaintiff, Carlos Herrera, and Defendant, Sephora USA Inc., by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this matter shall be dismissed against Defendant Sephora USA Inc., with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: January 23rd, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Shira M. Blank<br>Shira M. Blank, Esq.<br>Epstein Becker & Green, P.C.<br>875 Third Avenue<br>New York, NY 10022<br>Email: sblank@ebglaw.com<br>Phone: (212) 351-4694<br>Fax: (212) 878-8600<br>Attorney for Defendant | /s/ Daniel Zemel<br>Daniel Zemel, Esq.<br>Zemel Law LLC<br>660 Broadway,<br>Paterson, NJ 07514<br>Tel: (862) 227-3106<br>Fax: (973) 282-8603<br>Email: dz@zemellawllc.com<br>Attorney for Plaintiff |

SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 1/25/24